IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HUBERT D. HILL,

Plaintiff,

v.

JOHN LAKIN, *et al*.,

Defendants.

Case No. 19-cv-405 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/13/2023**        MONICA A. STUMP, Clerk of Court

                            s/Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**